Writ refused. The result is correct. See State v. Wells, 253 La. 925, 221 So.2d 50. Article 162 of Code of Criminal Procedure.

McCaleb and Summers, JJ., are of the opinion the writ should be granted.

230 So.2d 586

**GULF STATES UTILITIES COMPANY**

**v.**

**JEFFERSON DAVIS ELECTRIC COOPERATIVE, Inc.**

No. 50328.

Feb. 6, 1970.

In re: Gulf States Utilities Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 230 So.2d 273.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

230 So.2d 586

**STATE of Louisiana**

**v.**

**Edward A. HAGGERTY, Jr.**

No. 50352.

Jan. 27, 1970.

In re: State of Louisiana applying for certiorari and stay order.

The application is denied. The ruling complained of is now moot.

230 So.2d 586

**SALES PURCHASE CORPORATION**

**v.**

**George W. BARNES et al.**

No. 50263.

Feb. 6, 1970.

In re: Sales Purchase Corporation applying for certiorari, or writ of review, to

the Court of Appeal, Second Circuit, Parish of Ouachita. 228 So.2d 155.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SUMMERS, J., is of the opinion the writ should be granted.